UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
MORGAN & CURTIS ASSOCIATES, INC.

          Plaintiff,

v.

MANAGED TECHNOLOGY, INC.,

          Defendant.
---------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL**

Civil Action No. 1:16-cv-00291-DLC-HBP

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), plaintiff MORGAN & CURTIS ASSOCIATES ("Plaintiff") and defendant MANAGED TECHNOLOGY, INC. ("Defendant") hereby stipulate and agree that the above-referenced action is voluntarily dismissed, without prejudice, and with each party bearing its own costs. This Stipulation may be signed in counterparts and a facsimile copy shall be deemed as good as the original.

BELLIN & ASSOCIATES

By: _____
Aytan Yehoshua Bellin, Esq.
*Attorneys for Plaintiff*
85 Miles Avenue
White Plains, New York 10606
(212) 358-5345

Dated: May 12, 2016

RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Norman R. Cerullo, Esq.
*Attorney for Defendant*
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556
(516) 663-6600
ncerullo@rmfpc.com

Dated: May 12, 2016

So ordered.

/s/ Denise Cote
5/12/16

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2016